**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BURBERRY LIMITED, A UNITED KINGDOM COMPANY, and BURBERRY LIMITED, A NEW YORK CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>XIE JI PING, et al.,<br><br>Defendants. | Case No. 19-cv-07414<br><br>**Judge Mary M. Rowland**<br><br>**Magistrate Judge Sidney I. Schenkier** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Burberry Limited's, a United Kingdom company ("Burberry UK"), and Burberry Limited's, a New York corporation ("Burberry US"), together, "Burberry" or "Plaintiffs," hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Alan Fashion Store | 25 |
| YIEELACOO Haute couture Store | 54 |
| JIANGJIANGJIANG Store | 99 |

Dated this 20th day of December 2019.    Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiffs Burberry Limited, a United Kingdom company, and Burberry Limited, a New York corporation*